

# IN THE
## TENTH COURT OF APPEALS

### No. 10-19-00403-CV

## IN THE INTEREST OF K.E.F. AND A.I.F., CHILDREN

**From the 413th District Court
Johnson County, Texas
Trial Court No. DC-D201801336**

## MEMORANDUM OPINION

Jose Luis Fabela appealed the trial court's order terminating his parental rights.

We have received notice from both the trial court clerk and Fabela that the trial court

granted Fabela's motion for new trial. Consequently, Fabela wishes to dismiss his appeal.

Accordingly, this appeal is dismissed. *See* TEX. R. APP. P. 42.1(a)(1).

TOM GRAY
Chief Justice

Before Chief Justice Gray,
    Justice Davis, and
    Justice Neill
Appeal dismissed
Opinion delivered and filed December 23, 2019
[CV06]

